■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN D. GILETTE, Appellant. [41 NYS3d 916]—Appeal by the defendant from an amended judgment of the Supreme Court,

Queens County (Wong, J.), rendered October 14, 2015, revoking a sentence of probation previously imposed by the same court (Chin Brandt, J.), upon a finding that he violated conditions thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of vehicular manslaughter in the second degree.

Ordered that the amended judgment is affirmed.

Contrary to the defendant's contention, the sentence imposed upon the revocation of probation was not excessive (*see People v Hobson*, 43 AD3d 1179, 1180 [2007]; *People v Suitte*, 90 AD2d 80 [1982]). Dillon, J.P., Dickerson, Maltese and Duffy, JJ., concur.